William W. Farley, as State Commissioner of Excise of the State of New York, Respondent, v. Henry F. Petersen, Appellant, Impleaded with

Another.— Judgment and order affirmed, with costs, on opinion of Dele-
hanty, J., in the court below. (Reported in 90 Misc. Rep. 159.) Present —
Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.